**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-03323-CMA

LEAH M. McCREERY,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

**ORDER GRANTING AWARD OF REASONABLE ATTORNEY FEES
UNDER THE EQUAL ACCESS TO JUSTICE ACT**

---

    This matter is before the Court on the parties' Motion for Attorney Fees (Doc. # 24), entitled "Stipulated Fees Under the Equal Access to Justice Act," which the Court construes as a Motion for Attorney Fees.  Having reviewed the motion and the case file, the Court hereby

    ORDERS that the "motion" is GRANTED.  Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, plaintiff will receive a total EAJA Award in the amount of $5,700.00, to be paid directly to the Plaintiff.

    DATED:  March   18  , 2013

                                               BY THE COURT:

                                               _____
                                               CHRISTINE M. ARGUELLO
                                               United States District Judge